**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DUPONT DE NEMOURS, INC. and E. I. DU PONT DE NEMOURS & CO., N/K/A EIDP, INC.,<br><br>Movants,<br><br>v.<br><br>BECTON, DICKENSON AND COMPANY; C.R. BARD, INC.; BARD ACCESS SYSTEMS, INC.; AND BARD PERIPHERAL VASCULAR, INC.,<br><br>Respondents. | Case No. 1:25-mc-00100<br><br>Related To: *In re: Bard Implanted Port Catheter Products Liability Litigation,* Case No. 2:23-md-03081-DGC (D. Ariz.) |

**MOTION TO APPEAR PURSUANT TO LOCAL RULE 83.5(f)(2)**

Pursuant to Local Rule 83.5(f)(2), I respectfully request that I be permitted to represent Respondents Becton, Dickenson and Company, C.R. Bard, Inc., Bard Access Systems, Inc., and Bard Peripheral Vascular, Inc. and electronically file on their behalf in this matter. I am admitted to practice before this Court and am a member of the Delaware Bar but do not maintain an office in the State of Delaware.

Dated: February 27, 2025

Respectfully Submitted,

*/s/ Matthew W. Catron*

Matthew W. Catron (DE No. 6770)
HOLLAND & KNIGHT LLP
1650 Market Street, Suite 3300
Philadelphia, PA 19103
Tel: (215) 252-9529
Fax: (215) 867-6070
matthew.catron@hklaw.com

*Counsel for Respondents Becton, Dickinson and Company; C. R. Bard, Inc.; Bard Access Systems, Inc.; Bard Peripheral Vascular, Inc*