**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DUPONT DE NEMOURS, INC. and E. I. DU PONT DE NEMOURS & CO., N/K/A EIDP, INC.,<br><br>Movants,<br><br>v.<br><br>BECTON, DICKENSON AND COMPANY; C.R. BARD, INC.; BARD ACCESS SYSTEMS, INC.; AND BARD PERIPHERAL VASCULAR, INC.,<br><br>Respondents. | Case No. 1:25-mc-00100<br><br>Related To: *In re: Bard Implanted Port Catheter Products Liability Litigation,* Case No. 2:23-md-03081-DGC (D. Ariz.) |

**ORDER GRANTING MOTION TO APPEAR**

IT IS HEREBY ORDERED on this ______ day of ______________, 2025, that Matthew W. Catron's Motion to Appear Pursuant to Local Rule 83.5(f)(2) to represent Respondents Becton, Dickenson and Company, C.R. Bard, Inc., Bard Access Systems, Inc., and Bard Peripheral Vascular, Inc. and electronically file on their behalf is GRANTED.

____________________________________
J.